CATALINE SANCHEZ VDA DE AGUILERA v. JACK ROSENTHAL and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES T. CAVANAGH, as President of Local Union No. 585 of New York City, of the United Brotherhood of Carpenters and Joiners of America, v. LINCOLN JOSE and Others and WILLIAM L. HUTCHESON, Individually and as President of the United Brotherhood of Carpenters and Joiners of America, and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

METROPOLITAN CONCESSIONAIRES, INC., v. 203 WEST FORTY-EIGHTH STREET RESTAURANT CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MANHATTAN FINANCIAL CORPORATION v. IRVING TRUST COMPANY, as Ancillary Receiver in Equity, etc., in the Action of JACOB HOCHBERG against ACME GLASS COMPANY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDWARD LUCIUS FINCH and EDWARD RIDLEY FINCH, as Trustees, etc., v. UNITY FEE COMPANY, INC., ST. REGIS RESTAURANT, INC., and VACUUM CLEANER SPECIALTY CO., INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy and Sherman, JJ.

WALTER W. SMITH v. BENJAMIN NANNEN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN S. STUM v. RAY H. ARNOLD.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN S. STUM v. RAY H. ARNOLD.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN A. STUM v. RAY H. ARNOLD.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN A. STUM v. RAY H. ARNOLD.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS MARGOLIES.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of SABATO DE MASI and Another for Payment of Awards for Parcels Nos. 5 and 6 on the Damage Map and in the Final Decree of the Supreme Court as to Damage in the Proceeding to Acquire Title to Certain Lands and Premises Situated on the Northerly Side of Mace Avenue between Fish and Seymour Avenues, in the Borough of Bronx, City of New York, Duly Selected as a Site for School Purposes According to Law.— Reference ordered to Hon. John Proctor Clarke, official referee. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JESSE WEISENBERGER v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CHARLES EDWARD DAVENPORT v. HARRY K. THAW.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX KATZ.— Motion granted.